UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| REGENERON PHARMACEUTICALS, INC.,<br><br>     Plaintiff,<br><br>    v.<br><br>GENENTECH, INC.,<br><br>     Defendant. | Civil Action No. 10-CV-08779 (JFM) (PED)<br><br>ECF Case |

**NOTICE OF DEFENDANT GENENTECH'S MOTION TO DISMISS
THE COMPLAINT FOR LACK OF SUBJECT MATTER JURISDICTION**

    PLEASE TAKE NOTICE THAT upon the complaint in this matter, the accompanying memorandum of law, the accompanying declaration of Kenneth A. Gallo, and all other papers herein, Defendant Genentech, Inc. hereby moves this Court before the Honorable J. Frederick Motz, United States Courthouse, 300 Quarrapos Street, White Plains, New York 10601, at a time and date to be determined by the Court, for an order dismissing the Complaint under Fed. R. Civ. P. 12(b)(1) for lack of subject matter jurisdiction.

    PLEASE TAKE FURTHER NOTICE THAT opposition papers, if any, must be served and filed within fourteen (14) days after service of the moving papers, and reply papers, if any, must be served and filed within fourteen (14) days after service of the opposition papers.

    Defendant respectfully requests oral argument on this motion.

Dated: January 11, 2011
       Washington, DC

                          Respectfully submitted,

                          PAUL, WEISS, RIFKIND,
                          WHARTON & GARRISON LLP

                          _____/s/  Kenneth A. Gallo_____

                          Kenneth A. Gallo
                          Craig Benson
                          **PAUL, WEISS, RIFKIND,**
                          **WHARTON & GARRISON LLP**
                          2001 K Street NW
                          Washington, DC 20006
                          Telephone:  202-223-7300
                          Facsimile:  202-223-7420
                          Email: kgallo@paulweiss.com
                          Email: cbenson@paulweiss.com

                          John E. Nathan
                          Eric Alan Stone
                          1285 Avenue of the Americas
                          New York, NY 10019
                          Telephone:   212-373-3000
                          Facsimile:    212-757-3990
                          Email: jnathan@paulweiss.com
                          Email: estone@paulweiss.com

                          Jennifer Gordon
                          Scott Familant
                          **BAKER BOTTS LLP**
                          30 Rockefeller Center
                          New York, NY 10112
                          Telephone:  212-408-2500
                          Facsimile:  212-408-2501
                          Email: jennifer.gordon@bakerbotts.com
                          Email: scott.familant@bakerbotts.com